TAYLOR J. HOWARD, ESQ. (SBN 311275)  JS-6
A.E.I. LAW, P.C.
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
Telephone:  (888) 423-4529
Email: taylor@aeilaw.com
Attorney for Plaintiff Mark Anthony Davis p/k/a QBwoy a/k/a Quie Anthony

J Philip H. Stillman (SBN 156861)
STILLMAN & ASSOCIATES
3015 N. Bay Rd. Ste. B
Miami Beach, Florida 33140
Telephone: (888)-235-4279
pstillman@stillmanassociates.com
Attorney for Defendant Hollywood And Ivar, LLC

Dorothy Wolpert (SBN 73213)
dwolpert@birdmarella.com
Barr Benyamin (SBN 318996)
bbenyamin@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: (310)-201-2100
Facsimile: (310)-201-2110
Attorneys for Donald Kushner

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION**

| | |
|---|---|
| **Mark Anthony Davis p/k/a QBwoy a/k/a Quie Anthony, an individual,**<br><br>    Plaintiff,<br>    vs.<br><br>**Hollywood and Ivar, LLC d/b/a The Study a/k/a Hemingway a/k/a Hemmingway's a/k/a Hemmingway's** | Case No. 2:21-cv-01235-VAP-JPR<br><br>Assigned to:<br>Hon. Judge Virginia A. Phillips<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: February 10, 2021 |

**ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| Lounge, a California limited liability company; et al., | ) <br> ) Hearing Date: n/a <br> ) Time: n/a |
| Defendants. | ) Courtroom: 8A <br> ) |

**AND RELATED COUNTERCLAIMS**

**ORDER FOR DISMISSAL WITH PREJUDICE**

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated:  April 12, 2022                     By: *Virginia A. Phillips*
                                               Virginia A. Phillips
                                               United States District Judge

**ORDER FOR DISMISSAL WITH PREJUDICE**